

**SO ORDERED.**
**SIGNED this 1st day of July, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **IN RE:** | ) |
| **Genesis Dionnie Onwo** | ) Case No. 3:22-bk-30330-SHB |
| | ) Chapter 7 |
| **Debtor.** | ) |

## ORDER DISMISSING CASE

This matter came on for hearing on June 30, 2022, at 9:00 a.m., on the U.S. Trustee's Motion to Dismiss pursuant to 11 U.S.C. § 707(a). The Court finds that the motion is well-taken. The pending case is dismissed.

# # #

APPROVED FOR ENTRY:

PAUL A. RANDOLPH
Acting United States Trustee, Region 8

/s/ *Tiffany A. DiIorio*
Tiffany A. DiIorio
Trial Attorney, Florida Bar # 0719706
Office of the U.S. Trustee
800 Market Street, Suite 114
Knoxville, TN  37902
Telephone:  (865) 545-4754
Email: tiffany.diiorio@usdoj.gov